# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SALEBUILD, INC. dba SALESIFY;
SALEBUILD ITES PVT. LTD.

    Plaintiff(s),

vs.

FLEXISALES, INC.

    Defendant(s).

Case #2:12-cv-1403-JAD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Anthony J Weibell_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Wilson Sonsini Goodrich & Rosati_____
(firm name)

with offices at _____650 Page Mill Road_____,
(street address)

_____Palo Alto_____, _____California_____, _____94304_____,
(city) (state) (zip code)

_____650-493-9300_____, _____aweibell@wsgr.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_Salebuild, Inc. dba Salesify; Salebuild Pvt. Ltd._ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since December 5, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| California Supreme Court | 12/5/2005 | 238850 |
| Northern District of California | 2/6/2006 | |
| Central District of California | 4/25/2011 | |
| Eastern District of California | 4/1/2014 | |
| U.S. Supreme Court | 6/7/2010 | |
| 9th Circuit Court of Appeal | 11/29/2010 | |
| 3rd Circuit Court of Appeal | 11/19/2013 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
COUNTY OF _____Santa Clara_____ )

_____Anthony J Weibell_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_22nd_ day of _February_, _2016_.

_See attached California Jurat_
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Robert J. Cassity_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Holland & Hart LLP, 9555 Hillwood Dr., Second Floor_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89134_____,
(city)              (state)              (zip code)

_____702-669-4600_____, _____bcassity@hollandhart.com_____.
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Robert J. Cassity_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Salebuild, Inc., Secretary
(type or print party name, title)

_____
(party's signature)

Salebuild Ites Pvt. Ltd., Director
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9779                               bcassity@hollandhart.com
Bar number                         Email address

APPROVED:

Dated: February 24, 2016.

_____
UNITED STATES DISTRICT JUDGE

Rev. 1/15

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

*Signature of Document Signer No. 1*   *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 22nd day of February, 2016,
by
(1) Anthony J. Weibell
(and (2) N/A ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

[Notary Seal: VIVIAN L. SHREVE, Commission # 2014927, Notary Public - California, Santa Clara County, My Comm. Expires Apr 20, 2017]

*Seal*
*Place Notary Seal Above*

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

 **THE STATE BAR OF CALIFORNIA**   MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617   TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 11, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANTHONY J. WEIBELL, #238850 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records