LAW OFFICES OF MARK R. SMITH, P.C.
Mark R. Smith, Esq.
Nevada Bar No. 11872
8565 S. Eastern Avenue #150
Las Vegas, Nevada 89123
Telephone: (702) 518-7625
Facsimile: (702) 475-6453
Email: mark@markrsmithlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SALEBUILD, INC., a Delaware corporation, d/b/a SALESIFY; SALEBUILD ITES PVT., LTD., a company organized under the Republic of India,<br><br>             Plaintiffs,<br><br>     vs.<br><br>FLEXISALES INC., a Nevada corporation, and DOES 1 through 10,<br><br>             Defendants. | CASE NO.: 2:12-cv-01403-JAD-GWF<br><br>SUBSTITUTION OF ATTORNEY |

## SUBSTITUTION OF ATTORNEY

Mark R. Smith, Esq., of the Law Offices of Mark R. Smith, P.C., does hereby agree to be substituted in the place of Patrick J. Sheehan, Esq., of Fennemore Craig Jones Vargas, as attorney for Defendant Flexisales, Inc., in the above-entitled matter.

DATED this 15th day of April, 2016.

LAW OFFICES OF MARK R. SMITH, P.C.

By: _____
Mark R. Smith, Esq.
Nevada Bar No. 11872
8565 S. Eastern Avenue #150
Las Vegas, Nevada 89123
Telephone: (702) 518-7625
Facsimile: (702) 475-6453
Email: mark@markrsmithlaw.com

Patrick J. Sheehan, Esq., of Fennemore Craig Jones Vargas, does hereby consent to the substitution of Mark. R. Smith, Esq. as attorney for Defendant Flexisales, Inc., in the above-entitled matter.

DATED this 13 day of April, 2016.

                    **FENNEMORE CRAIG JONES VARGAS**

By: _____
Patrick J. Sheehan, Esq.
Nevada Bar No. 003812
Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 692-8011
Facsimile: (702) 692-8099
Email: psheehan@fclaw.com

Defendant Flexisales, Inc., by and through its authorized representative, does hereby consent to the substitution of Mark R. Smith, Esq., of the Law Offices of Mark R. Smith, P.C., in the place of Patrick J. Sheehan, Esq., of Fennemore Craig Jones Vargas, as its attorney of record in this action.

DATED this _____ day of April, 2016.

By: _See Next Page_
GANESH RAJASEKARAN,
*An authorized representative*
*of Flexisales, Inc.*

Patrick J. Sheehan, Esq., of Fennemore Craig Jones Vargas, does hereby consent to the substitution of Mark. R. Smith, Esq. as attorney for Defendant Flexisales, Inc., in the above-entitled matter.

DATED this ____ day of April, 2016.

                  **FENNEMORE CRAIG JONES VARGAS**

By: _____
Patrick J. Sheehan, Esq.
Nevada Bar No. 003812
Bank of America Plaza
300 S. Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 692-8011
Facsimile: (702) 692-8099
Email: psheehan@fclaw.com

Defendant Flexisales, Inc., by and through its authorized representative, does hereby consent to the substitution of Mark R. Smith, Esq., of the Law Offices of Mark R. Smith, P.C., in the place of Patrick J. Sheehan, Esq., of Fennemore Craig Jones Vargas, as its attorney of record in this action.

DATED this 14th day of April, 2016.

By: _*Ganesh Rajasekaran*_ (DocuSigned: BAD8C2323A7A463...)
GANESH RAJASEKARAN,
*An authorized representative of Flexisales, Inc.*

                  **IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED:  April 15, 2016**