HOLLAND & HART LLP
ROBERT J. CASSITY (NV Bar No. 9779)
(bcassity@hollandhart.com)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone:   (702) 669-4600
Facsimile:    (702) 669-4650

WILSON SONSINI GOODRICH & ROSATI, P.C.
DYLAN J. LIDDIARD (CA Bar No. 203055), admitted *pro hac vice*
(dliddiard@wsgr.com)
ANTHONY J WEIBELL (CA Bar No. 238850), admitted *pro hac vice*
(aweibell@wsgr.com)
650 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 493-9300
Facsimile:    (650) 565-5100

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALEBUILD, INC., d/b/a SALESIFY; SALEBUILD IT ENABLED SERVICES PVT. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FLEXISALES, INC., <br><br> Defendant. | Case No. 2:12-cv-1403-JAD-GWF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CASE DEADLINES PENDING ANTICIPATED SETTLEMENT DISCUSSIONS** |

1   WHEREAS, on August 8, 2012, Plaintiffs SaleBuild, Inc. and SaleBuild IT Enabled Services Pvt. Ltd. ("Plaintiffs") filed a Complaint asserting certain civil claims against Defendant Flexisales, Inc. ("Defendant");

WHEREAS, on March 30, 2016, the Court adopted the parties' Stipulated Discovery Plan and Scheduling Order, submitted in compliance with LR 26-1(e);

WHEREAS, the parties are currently engaged in settlement discussions and believe that an agreement can be reached by September 15, 2016;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action that the deadlines related to discovery should be continued for 30 days, with discovery closing on September 21, 2016, in light of the amicable progress towards settlement, and the parties respectfully request the Court's leave to do so.

DATED: August 22, 2016                    DATED: August 22, 2016

 /s/ Robert J. Cassity                     /s/ Mark R. Smith
Robert J. Cassity                         Mark R. Smith
Holland & Hart LLP                        Law Offices of Mark R. Smith, P.C.
9555 Hillwood Drive, 2nd Floor            8565 S. Eastern Avenue, Suite 150
Las Vegas, NV 89134                       Las Vegas, NV 89123

Dylan J. Liddiard                         *Attorney for Defendant*
Anthony J Weibell
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED: This 23rd day of ___August___, 2016

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE