1  HOLLAND & HART LLP
   ROBERT J. CASSITY (NV Bar No. 9779)
2  (bcassity@hollandhart.com)
   9555 Hillwood Drive, 2nd Floor
3  Las Vegas, NV 89134
   Telephone:   (702) 669-4600
4  Facsimile:   (702) 669-4650

5  WILSON SONSINI GOODRICH & ROSATI
   DYLAN J. LIDDIARD (CA Bar No. 203055), admitted *pro hac vice*
6  (dliddiard@wsgr.com)
   ANTHONY J WEIBELL (CA Bar No. 238850), admitted *pro hac vice*
7  (aweibell@wsgr.com)
   650 Page Mill Road
8  Palo Alto, CA 94304
   Telephone:   (650) 493-9300
9  Facsimile:   (650) 565-5100

10  *Attorneys for Plaintiffs*

11
                        **UNITED STATES DISTRICT COURT**
12
                              **DISTRICT OF NEVADA**
13

14  SALEBUILD, INC., d/b/a SALESIFY;            Case No. 2:12-cv-1403-JAD-GWF
    SALEBUILD IT ENABLED SERVICES
15  PVT. LTD.,                                  **STIPULATED DISMISSAL OF ACTION
                                                WITH PREJUDICE**  AND ORDER
16              Plaintiffs,
                                                ECF No. 107
17       v.

18  FLEXISALES, INC.,

19              Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and a settlement agreement between the parties, the parties stipulate through their undersigned counsel that this action is hereby dismissed with prejudice.

DATED: October 5, 2016                                    DATED: October 5, 2016

 /s/ Robert J. Cassity                                           /s/ Mark R. Smith
Robert J. Cassity                                                Mark R. Smith
Holland & Hart Llp                                               Law Offices of Mark R. Smith, P.C.
9555 Hillwood Drive, 2nd Floor                                   8565 S. Eastern Avenue, Suite 150
Las Vegas, NV 89134                                              Las Vegas, NV 89123

Dylan J. Liddiard                                                *Attorney for Defendant*
Anthony J Weibell
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Plaintiffs*

**ORDER**

Based on the parties' stipulation [ECF No. 107] and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
Jennifer Dorsey
United States District Judge
October 5, 2016